IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELA MAXINE KILLEN,<br><br>Defendant. | Cause No. CR 18-156-BLG-SPW<br>CR 18-157-BLG-SPW<br><br><br>ORDER |

On December 27, 2021, the Court denied Defendant Killen's third motion to reduce the sentence under 18 U.S.C. § 3582(c)(1)(A). On January 3, 2022, the Court received letters from Killen and two other inmates. The letters are dated before December 27, 2021, and so will be addressed.

Killen took quick action to help and protect a guard from an aggressive inmate. Her action was very fortunate for the guard. But not all extraordinary actions are compelling reasons to reduce a prison sentence, and not all facts are relevant to the objectives of federal sentencing in 18 U.S.C. § 3553(a). The Court stands by the Order of December 27.

1

Accordingly, IT IS ORDERED that Killen's motions for compassionate release, including consideration of the letters, are DENIED.

No motions for reconsideration will be entertained.

DATED this _____ day of January, 2022.

_Susan P. Watters_

Susan P. Watters
United States District Court